| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT <br> DISTRICT OF NEW JERSEY <br> **Caption in Compliance with D.N.J. LBR 9004-1(b)** <br><br> 805978 <br> PHELAN HALLINAN DIAMOND & JONES, PC <br> 400 Fellowship Road, Suite 100 <br> Mt. Laurel, NJ 08054 <br> 856-813-5500 <br> Attorneys for THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE (CWALT 2006-30T1) | |
| In Re: <br><br> JILL D. KOHN | Case No: 18-13604 - MBK <br><br> Judge: MICHAEL B KAPLAN <br><br> Chapter: 7 |

## NOTICE OF APPEARANCE

Please take notice that in accordance with Fed. R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE (CWALT 2006-30T1) with regards to its mortgage. Said Mortgage was recorded on September 13, 2006, Book OR-8594, Page 272 on the real property, located at 1486 OCEAN AVENUE, SEA BRIGHT, NJ 07760 in the above captioned bankruptcy matter. Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

ADDRESS: 400 Fellowship Road, Suite 100, Mt. Laurel, NJ 08054.

DOCUMENTS:

☒ All notices entered pursuant to Fed. R. Bankr. P. 2002.

☒ All documents and pleadings of any nature.

| | |
|---|---|
| Dated: March 14, 2018 | /s/ Nicholas V. Rogers <br> Nicholas V. Rogers, Esq. <br> Phelan Hallinan Diamond & Jones, PC <br> 400 Fellowship Road, Suite 100 <br> Mt. Laurel, NJ 08054 <br> Tel: 856-813-5500 Ext. 42689 <br> Fax: 856-813-5501 <br> Email: nicholas.rogers@phelanhallinan.com |