Form 169 – ntccovert

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

          Case No.:  18−13604−MBK
          Chapter:  7
          Judge:  Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Jill D Kohn
   1486 Ocean Avenue
   Sea Bright, NJ 07760

Social Security No.:
   xxx−xx−6886

Employer's Tax I.D. No.:

## NOTICE OF HEARING
## ON APPLICATION/MOTION TO CONVERT CASE

    An application/motion to convert the above−captioned case from Chapter 7 to Chapter 11, has been filed by Debtor Jill Kohn.

    Notice is hereby given that the Court will conduct a hearing on this matter to determine the application/motion for conversion before the Honorable Michael B. Kaplan on:

Date:               May 7, 2018
Time:              10:00 AM
Location:        Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

Dated: April 18, 2018
JAN:

                                                            Jeanne Naughton
                                                            Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                       Case No. 18-13604-MBK
Jill D Kohn                                                                  Chapter 7
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin            Page 1 of 1            Date Rcvd: Apr 18, 2018
                              Form ID: 169           Total Noticed: 22

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 20, 2018.
```
db           +Jill D Kohn,    1486 Ocean Avenue,    Sea Bright, NJ 07760-2236
cr           +THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YO,    Phelan Hallinan&Schmieg, PC,
               400 Fellowship Road,    Suite 100,    Mt. Laurel, NJ 08054-3437
517350547     Bank of America,    PO Box 31785,    Tampa, FL 33631-3785
517350548     Bayview Loan Servicing LLC,    PO Box 650091,    Dallas, TX 75265-0091
517350549    +CAP1/NEIMN,    PO Box 30253,    Salt Lake City, UT 84130-0253
517350550    +CAP1/SAKS,    PO Box 30253,    Salt Lake City, UT 84130-0253
517350551    +Chase Card,    PO Box 15298,    Wilmington, DE 19850-5298
517350552     Citi,    PO Box 6243,    Sioux Falls, SD 57117-6243
517350553    +Comenity Bank/AnnTylr,    PO Box 182789,    Columbus, OH 43218-2789
517350554    +Comenity Bank/HSN,    PO Box 659707,    San Antonio, TX 78265-9707
517350555    +Comenity Bank/Victorias Secret,    PO Box 182789,    Columbus, OH 43218-2789
517350558    +KML Law Group, PC,    216 Haddon Avenue,    Ste 406,    Westmont, NJ 08108-2812
517350557    +Kenneth M. Kohn,    295 Ocean Blvd.,    Unit 4,    Long Branch, NJ 07740-8210
517350559    +MCYDSNB,    9111 Duke Blvd,    Mason, OH 45040-8999
517350560    +Remex, Inc.,    307 Wall Street,    Princeton, NJ 08540-1515
517350561    +Stark & Stark,    Attn: Timothy Duggan,    400 Witherspoon Street,    Princeton, NJ 08542-3400
517350562     TD Auto Finance,    PO Box 16039,    Lewiston, ME 04243-9520
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg           E-mail/Text: usanj.njbankr@usdoj.gov Apr 18 2018 23:14:52     U.S. Attorney,    970 Broad St.,
               Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg          +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Apr 18 2018 23:14:48     United States Trustee,
               Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
               Newark, NJ 07102-5235
517350556     E-mail/Text: mrdiscen@discover.com Apr 18 2018 23:14:00     Discover Financial Services,
               PO Box 15316,    Wilmington, DE 19850
517356811    +E-mail/PDF: gecsedi@recoverycorp.com Apr 18 2018 23:12:21     Synchrony Bank,
               c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
517350563     E-mail/Text: bankruptcy@td.com Apr 18 2018 23:14:59     TD Bank NA,    PO Box 84037,
               Columbus, GA 31908
                                                                                              TOTAL: 5
```

```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
lm*           Bayview Loan Servicing, LLC,    P.O. Box 650091,    Dallas, TX  75265-0091
                                                                                   TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 20, 2018                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 16, 2018 at the address(es) listed below:
```
              Darin D Pinto    on behalf of Debtor Jill D Kohn dpintolaw@comcast.net
              Denise E. Carlon    on behalf of Loss Mitigation    Bayview Loan Servicing, LLC
               dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              John W. Hargrave    trustee@hargravelaw.com, jwh@trustesolutions.net
              Nicholas V. Rogers    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK,
               AS TRUSTEE (CWALT 2006-30T1) nj.bkecf@fedphe.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 5
```