| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
|---|
| **Caption in Compliance with D.N.N. LBR 9004-1(b)**<br>Kevin G. McDonald, Esq.<br>Brian C. Nicholas, Esq.<br>KML Law Group, P.C.<br>216 Haddon Avenue, Suite 406<br>Westmont, NJ 08108<br>Main Number: (609) 250-0700<br>kmcdonald@kmllawgroup.com<br>bnicholas@kmllawgroup.com<br>Attorneys for Wells Fargo Bank, N.A., as Indenture Trustee for the Impac CMB Trust Series 2004-6 |

Case No: 18-13604 MBK

| In Re:<br>Jill D. Kohn<br><br><br>                    Debtor |
|---|

Chapter: 7

Judge: Michael B. Kaplan

**NOTICE OF APPEARANCE**

   Please take notice that in accordance with Fed R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of Wells Fargo Bank, N.A., as Indenture Trustee for the Impac CMB Trust Series 2004-6.  Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

ADDRESS:

216 Haddon Avenue, Ste. 406
Westmont, NJ 08108

DOCUMENTS:

☒  All notices entered pursuant to Fed. R. Bankr. P. 2002.
☒ All documents and pleadings of any nature.


Date:05/07/2018            **/s/ Kevin G. McDonald, Esquire**
                    Kevin G. McDonald, Esquire
                    Brian C. Nicholas, Esquire
                    **KML Law Group, P.C.**
                    216 Haddon Avenue, Ste. 406
                    Westmont, NJ 08108
                    (609) 250-0700 (NJ)
                    (215) 627-1322 (PA)
                    FAX: (609) 385-2214
                    Attorney for Movant/Applicant

*new 8/1/15*