**Fill in this information to identify your case:**

Debtor 1  **Jill D Kohn**
          First Name    Middle Name    Last Name

Debtor 2  
(Spouse if, filing)  First Name    Middle Name    Last Name

United States Bankruptcy Court for the:    DISTRICT OF NEW JERSEY

Case number    **18-13604**
(if known)

☐ Check if this is an amended filing

# B 104

## For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims Against You and Are Not Insiders    12/15

If you are an individual filing for bankruptcy under Chapter 11, you must fill out this form. If you are filing under Chapter 7, Chapter 12, or Chapter 13, do not fill out this form. Do not include claims by anyone who is an insider. Insiders include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20 percent or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor.  11 U.S.C. § 101.  Also, do not include claims by secured creditors unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information.

**Part 1:** List the 20 Unsecured Claims in Order from Largest to Smallest.  Do Not Include Claims by Insiders.

|  |  | **Unsecured claim** |
|---|---|---|
| **1**<br><br>**Bank of America**<br>**PO Box 31785**<br>**Tampa, FL 33631-3785**<br><br><br>Contact<br><br>Contact phone | What is the nature of the claim?  **1486 Ocean Avenue Sea Bright, NJ 07760 Monmouth County**<br><br>**As of the date you file, the claim is:** Check all that apply<br>■ Contingent<br>■ Unliquidated<br>■ Disputed<br>☐ None of the above apply<br><br>**Does the creditor have a lien on your property?**<br>☐ No<br>■ Yes. Total claim (secured and unsecured)<br>      Value of security:<br>      Unsecured claim | $ **$313,861.00**<br><br><br><br><br><br><br><br><br><br>$ **$313,861.00**<br>- $ **$950,000.00**<br>$ **$313,861.00** |

B104 (Official Form 104)    For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    Page 1

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor 1 | Jill D Kohn | Case number *(if known)* | 18-13604 |
|---|---|---|---|

### 2 Bank of America
100 North Tyron Street
Charlotte, NC 28255

Contact
Contact phone

**What is the nature of the claim?** 295 Ocean Blvd. Unit # 4 Long Branch, NJ 07740  Monmouth County    $ **$162,000.00**

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ■ None of the above apply

**Does the creditor have a lien on your property?**
- ☐ No
- ■ Yes. Total claim (secured and unsecured)    $ **$259,000.00**
  Value of security:    - $ **$500,000.00**
  Unsecured claim    $ **$162,000.00**

### 3 Bayview Loan Servicing LLC
PO Box 650091
Dallas, TX 75265-0091

Contact
Contact phone

**What is the nature of the claim?** 1486 Ocean Avenue Sea Bright, NJ 07760 Monmouth County    $ **$25,000.00**

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ■ None of the above apply

**Does the creditor have a lien on your property?**
- ☐ No
- ■ Yes. Total claim (secured and unsecured)    $ **$975,000.00**
  Value of security:    - $ **$950,000.00**
  Unsecured claim    $ **$25,000.00**

### 4 CAP1/SAKS
PO Box 30253
Salt Lake City, UT 84130

Contact
Contact phone

**What is the nature of the claim?** **Charge Card**    $ **$1,236.00**

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ■ None of the above apply

**Does the creditor have a lien on your property?**
- ■ No
- ☐ Yes. Total claim (secured and unsecured)    $
  Value of security:    - $
  Unsecured claim    $

### 5 Chase Card
PO Box 15298
Wilmington, DE 19850

**What is the nature of the claim?** **Credit Card**    $ **$26,190.00**

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

B 104 (Official Form 104)    **For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims**    Page 2

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor 1  **Jill D Kohn**  Case number *(if known)*  **18-13604**

- ■ None of the above apply

**Does the creditor have a lien on your property?**
- ■ No
- ☐ Yes. Total claim (secured and unsecured)  $ _____
  - Value of security:  - $ _____
  - Unsecured claim  $ _____

---

**6**

**Chase Card**
**PO Box 15298**
**Wilmington, DE 19850**

**What is the nature of the claim?**  **Credit Card**  $ **$2,113.00**

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ■ None of the above apply

**Does the creditor have a lien on your property?**
- ■ No
- ☐ Yes. Total claim (secured and unsecured)  $ _____
  - Value of security:  - $ _____
  - Unsecured claim  $ _____

Contact
Contact phone

---

**7**

**Comenity Bank/HSN**
**PO Box 659707**
**San Antonio, TX 78265**

**What is the nature of the claim?**  **Charge Card**  $ **$304.00**

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ■ None of the above apply

**Does the creditor have a lien on your property?**
- ■ No
- ☐ Yes. Total claim (secured and unsecured)  $ _____
  - Value of security:  - $ _____
  - Unsecured claim  $ _____

Contact
Contact phone

---

**8**

**Discover Financial Services**
**PO Box 15316**
**Wilmington, DE 19850**

**What is the nature of the claim?**  **Credit Card**  $ **$13,224.00**

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ■ None of the above apply

**Does the creditor have a lien on your property?**
- ■ No
- ☐ Yes. Total claim (secured and unsecured)  $ _____
  - Value of security:  - $ _____
  - Unsecured claim  $ _____

Contact
Contact phone

---

**9**

**What is the nature of the claim?**  **295 Ocean Blvd., Unit # 4**  $ **$4,000.00**

B 104 (Official Form 104)    **For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims**    Page 3

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor 1 **Jill D Kohn**  Case number *(if known)* **18-13604**

---

**Ocean Villa Condo Association**
**295 Ocean Blvd.**
**Mailbox # 7**
**Long Branch, NJ 07740**

**Long Branch, New Jersey 07740**

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ■ None of the above apply

**Does the creditor have a lien on your property?**
- ■ No
- ☐ Yes. Total claim (secured and unsecured)  $ _____
  Value of security:  - $ _____
  Unsecured claim  $ _____

Contact _____
Contact phone _____

---

**10**

**Remex, Inc.**
**307 Wall Street**
**Princeton, NJ 08540**

**What is the nature of the claim?**  **Collections (Medical)**  $ **$127.00**

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ■ None of the above apply

**Does the creditor have a lien on your property?**
- ■ No
- ☐ Yes. Total claim (secured and unsecured)  $ _____
  Value of security:  - $ _____
  Unsecured claim  $ _____

Contact _____
Contact phone _____

---

**11**

**Remex, Inc.**
**307 Wall Street**
**Princeton, NJ 08540**

**What is the nature of the claim?**  **Collections (Medical)**  $ **$98.00**

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ■ None of the above apply

**Does the creditor have a lien on your property?**
- ■ No
- ☐ Yes. Total claim (secured and unsecured)  $ _____
  Value of security:  - $ _____
  Unsecured claim  $ _____

Contact _____
Contact phone _____

---

**12**

**TD Auto Finance**
**PO Box 16039**
**Lewiston, ME 04243-9520**

**What is the nature of the claim?**  **Collections**  $ **$515.00**

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ■ None of the above apply

**Does the creditor have a lien on your property?**
- ■ No

---

Debtor 1 **Jill D Kohn**                                    Case number *(if known)* **18-13604**

Contact

Contact phone

☐ Yes. Total claim (secured and unsecured)    $
    Value of security:    - $
    Unsecured claim    $

---

**13**

**TD Bank NA**
**PO Box 84037**
**Columbus, GA 31908**

**What is the nature of the claim?**    **295 Ocean Blvd. Unit # 4 Long Branch, NJ 07740 Monmouth County**    $ **$10.00**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**
☐ No
■ Yes. Total claim (secured and unsecured)    $ **$10.00**
    Value of security:    - $ **$500,000.00**
    Unsecured claim    $ **$10.00**

Contact

Contact phone

---

**14**

**TD Bank NA**
**PO Box 84037**
**Columbus, GA 31908**

**What is the nature of the claim?**    **1486 Ocean Avenue Sea Bright, NJ 07760 Monmouth County**    $ **$10.00**

**As of the date you file, the claim is:** Check all that apply
■ Contingent
■ Unliquidated
■ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**
☐ No
■ Yes. Total claim (secured and unsecured)    $ **$10.00**
    Value of security:    - $ **$950,000.00**
    Unsecured claim    $ **$10.00**

Contact

Contact phone

---

Part 2:   **Sign Below**

**Under penalty of perjury, I declare that the information provided in this form is true and correct.**

X    **/s/ Jill D Kohn**                                    X
    **Jill D Kohn**                                         Signature of Debtor 2
    Signature of Debtor 1

Date    **May 25, 2018**                                  Date