# United States Bankruptcy Court
### District of New Jersey

In re   Jill D Kohn                                    Case No.  18-13604
                        Debtor(s)                      Chapter   11

## VERIFICATION OF CREDITOR MATRIX - AMENDED

The above-named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date:  May 25, 2018              /s/ Jill D Kohn
                                 Jill D Kohn
                                 Signature of Debtor

Bank of America
PO Box 31785
Tampa, FL 33631-3785

Bank of America
100 North Tyron Street
Charlotte, NC 28255

Bayview Loan Servicing LLC
PO Box 650091
Dallas, TX 75265-0091

CAP1/NEIMN
PO Box 30253
Salt Lake City, UT 84130

CAP1/SAKS
PO Box 30253
Salt Lake City, UT 84130

Chase Card
PO Box 15298
Wilmington, DE 19850

Citi
PO Box 6243
Sioux Falls, SD 57117-6243

Comenity Bank/AnnTylr
PO Box 182789
Columbus, OH 43218

Comenity Bank/HSN
PO Box 659707
San Antonio, TX 78265

Comenity Bank/Victorias Secret
PO Box 182789
Columbus, OH 43218

Discover Financial Services
PO Box 15316
Wilmington, DE 19850

Kenneth M. Kohn
1486 Ocean Avenue
Sea Bright, NJ 07760


KML Law Group, PC
216 Haddon Avenue
Ste 406
Westmont, NJ 08108


MCYDSNB
9111 Duke Blvd
Mason, OH 45040


Ocean Villa Condo Association
295 Ocean Blvd.
Mailbox # 7
Long Branch, NJ 07740


Remex, Inc.
307 Wall Street
Princeton, NJ 08540


Sean O'Brien, Esq.
Frenkel Lambert
80 Main Street
Suite 460
West Orange, NJ 07052


Select Portfolio Servicing
PO Box 65277
Salt Lake City, UT 84165-0277


TD Auto Finance
PO Box 16039
Lewiston, ME 04243-9520


TD Bank NA
PO Box 84037
Columbus, GA 31908


Timothy Duggan, Esq.
Stark & Stark
993 Lenox Dr, Building 2
Lawrenceville, NJ 08648