| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>Caption in Compliance with D.N.J. LBR 9004-1(b)<br><br>FRENKEL LAMBERT WEISS WEISMAN &<br>GORDON, LLP<br>80 Main Street, Suite 460<br>West Orange, NJ 07052<br>(973) 325-8800<br>Sean O'Brien, Esq.<br>Attorney for Wells Fargo Bank, N.A., as Indenture Trustee for the Impac CMB Trust Series 2004-6, Secured Creditor | Case No.: **18-13604-MBK**<br><br>Chapter 11<br><br>Judge Michael B. Kaplan |
| In Re:<br><br>**Jill D Kohn**,<br>                                      Debtor(s). | |

# NOTICE OF APPEARANCE

Please take notice that in accordance with Fed. R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of Wells Fargo Bank, N.A., as Indenture Trustee for the Impac CMB Trust Series 2004-6, a Secured Creditor, regarding a lien on the real property located at **295 Ocean Boulevard #4, Long Branch, NJ 07740**. Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

   **ADDRESS:** Wells Fargo Bank, N.A., as Indenture Trustee for the Impac CMB Trust Series 2004-6
            c/o Frenkel, Lambert, Weiss, Weisman & Gordon, LLP
            80 Main Street, Suite 460
            West Orange, NJ 07052

   **DOCUMENTS:**
   ☒ All notices entered pursuant to Fed. R. Bankr. P. 2002.
   ☒ All documents and pleadings of any nature.

                              **FRENKEL LAMBERT WEISS WEISMAN &**
                              **GORDON, LLP**
                              Attorneys for Secured Creditor

                              /s/ *Sean O'Brien*
Date: 05/30/2018              Sean O'Brien, Esq.

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**
Caption in Compliance with D.N.J. LBR 9004-1(b)

FRENKEL LAMBERT WEISS WEISMAN &
GORDON, LLP
80 Main Street, Suite 460
West Orange, NJ 07052
(973) 325-8800
Sean O'Brien, Esq.
Attorney for Wells Fargo Bank, N.A., as Indenture Trustee for the Impac CMB Trust Series 2004-6, Secured Creditor

Case No.: **18-13604-MBK**

Chapter 11

Judge Michael B. Kaplan

In Re:

**Jill D Kohn**,
                                   Debtor(s).

# CERTIFICATION OF SERVICE

1. I, <u>Melissa Caride</u>:

   ❏ represent the _____ in this matter.

   ■ am the secretary/paralegal for FRENKEL LAMBERT WEISS WEISMAN & GORDON, LLP, who represents Wells Fargo Bank, N.A., as Indenture Trustee for the Impac CMB Trust Series 2004-6 in this matter.

   ❏ am the _____ in this case and am representing myself.

2. On <u>May 30, 2018</u>, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below: Notice of Appearance

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: 05/30/2018                              /s/ Melissa Caride
                                              Melissa Caride

| Name and Address of Party Served | Relationship of Party to the case | Mode of Service |
|---|---|---|
| U.S. Trustee<br>US Dept of Justice<br>Office of the US Trustee<br>One Newark Center Ste 2100<br>Newark, NJ 07102 | **TRUSTEE** | ❏ Hand-delivered<br>❏ Regular mail<br>❏ Certified mail/RR<br>❏ E-mail<br>■ Notice of Electronic Filing (NEF)<br>❏ Other<br>(as authorized by the court *) |
| Darin D Pinto<br>Law Offices of Darin D. Pinto, P.C.<br>376 South Avenue East<br>Westfield, NJ 07090 | **DEBTOR'S ATTORNEY** | ❏ Hand-delivered<br>❏ Regular mail<br>❏ Certified mail/RR<br>❏ E-mail<br>■ Notice of Electronic Filing (NEF)<br>❏ Other<br>(as authorized by the court *) |
| Jill D Kohn<br>1486 Ocean Avenue<br>Sea Bright, NJ 07760 | **DEBTOR** | ❏ Hand-delivered<br>■ Regular mail<br>❏ Certified mail/RR<br>❏ E-mail<br>❏ Notice of Electronic Filing (NEF)<br>❏ Other<br>(as authorized by the court *) |

*\* May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.*