**LAW OFFICES OF DARIN D. PINTO, P.C.**
376 South Avenue East
Westfield, New Jersey 07090
(908) 317-9405
Attorneys for Debtor
Jill D. Kohn

| | |
|---|---|
| In re:<br><br>JILL D. KOHN,<br><br>      Debtor. | UNITED STATES BANKRUPTCY COURT<br>FOR THE DISTRICT OF NEW JERSEY<br><br>Chapter 11<br><br>Case No. 18-13604 (MBK) |

## CERTIFICATION OF SERVICE

    **I, DARIN D. PINTO**, certify as follows:

    1.    I am an attorney at law of the State of New Jersey and am a partner of the firm of the Law Offices of Darin D. Pinto, P.C., attorneys for Debtor in the above captioned action.

    2.    On June 8, 2018, I served via United States First Class Mail, a copy of the enclosed Notice of Chapter 11 Bankruptcy upon all parties listed on the below Service List

    I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

                                          */s/ Darin D. Pinto*
                                          DARIN D. PINTO

Dated: June 8, 2018

## SERVICE LIST

Bank of America
PO Box 31785
Tampa, FL 33631-3785

Bank of America
100 North Tyron Street
Charlotte, NC 28255

Bayview Loan Servicing LLC
PO Box 650091
Dallas, TX 75265-0091

CAPl/NEIMN
PO Box 30253
Salt Lake City, UT 84130

CAPl/SAKS
PO Box 30253
Salt Lake City, UT 84130

Chase Card
PO Box 15298
Wilmington, DE 19850

Citi
PO Box 6243
Sioux Falls, SD 57117-6243

Comenity Bank/AnnTylr
PO Box 182789
Columbus, OH 43218

Comenity Bank/HSN
PO Box 659707
San Antonio, TX 78265

Comenity Bank/Victorias Secret
PO Box 182789
Columbus, OH 43218

Discover Financial Services
PO Box 15316
Wilmington, DE 19850

Kenneth M. Kohn
1486 Ocean Avenue
Sea Bright, NJ 07760

KML Law Group, PC
216 Haddon Avenue
Ste 406
Westmont, NJ 08108

MCYDSNB
9111 Duke Blvd
Mason, OH 45040

Ocean Villa Condo Association
295 Ocean Blvd.
Mailbox # 7
Long Branch, NJ 07740

Remex, Inc.
307 Wall Street
Princeton, NJ 08540

Sean O'Brien, Esq.
Frenkel Lambert
80 Main Street
Suite 460
West Orange, NJ 07052

Select Portfolio Servicing
PO Box 65277
Salt Lake City, UT 84165-0277

TD Auto Finance
PO Box 16039
Lewiston, ME 04243-9520

TD Bank NA
PO Box 84037
Columbus, GA 31908

Timothy Duggan, Esq.
Stark & Stark
993 Lenox Dr, Building 2
Lawrenceville, NJ 08648

Document    Page 4 of 8

Case 18-13604-MBK    Doc 27    Filed 05/18/18    Entered 05/19/18 00:41:36    Desc Imaged
Certificate of Notice    Page 1 of 5

**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1: | Jill D Kohn<br>First Name  Middle Name  Last Name | Social Security number or ITIN: xxx-xx-6886<br>EIN: __-_____ |
| Debtor 2:<br>(Spouse, if filing) | First Name  Middle Name  Last Name | Social Security number or ITIN: ____<br>EIN: __-_____ |
| United States Bankruptcy Court: District of New Jersey | | Date case filed in chapter: 7  2/26/18 |
| Case number: 18-13604-MBK | | Date case converted to chapter: 11  5/15/18 |

**Official Form 309E (For Individuals or Joint Debtors)**

# Notice of Chapter 11 Bankruptcy Case    12/15

For the debtors listed above, a case has been filed under chapter 11 of the Bankruptcy Code. An order for relief has been entered.

This notice has important information about the case for creditors and debtors, including information about the meeting of creditors and deadlines. Read both pages carefully.

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 11 plan may result in a discharge of debt. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 10 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

The staff of the bankruptcy clerk's office cannot give legal advice.

To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.

Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.

Undeliverable notices will be sent by return mail to the debtor. It is the debtor's responsibility to obtain the party's correct address, resend the returned notice, and notify this office of the party's change of address. Failure to provide all parties with a copy of this notice may adversely affect the debtor as provided by the Bankruptcy Code.

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | Debtor's full name | Jill D Kohn | |
| 2. | All other names used in the last 8 years | | |
| 3. | Address | 1486 Ocean Avenue<br>Sea Bright, NJ 07760 | |
| 4. | Debtor's attorney<br>Name and address | Darin D Pinto<br>Law Offices of Darin D. Pinto, P.C.<br>376 South Avenue East<br>Westfield, NJ 07090 | Contact phone (908)317-9405 |
| 5. | Bankruptcy clerk's office<br>Documents in this case may be filed at this address.<br>You may inspect all records filed in this case at this office or online at www.pacer.gov.(800) 676-6856 | 402 East State Street<br>Trenton, NJ 08608<br>Additional information may be available at the Court's Web Site:<br>www.njb.uscourts.gov. | Hours open: 8:30 AM - 4:00 p.m., Monday - Friday (except holidays)<br>Contact phone 609-858-9333<br>Date: 5/16/18 |

For more information, see page 2 >

Official Form 309E (For Individuals or Joint Debtors)    Notice of Chapter 11 Bankruptcy Case    page 1

Debtor  Jill D Kohn    Case number 18-13604-MBK

| | | | |
|---|---|---|---|
| 6. | **Meeting of creditors**<br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend.<br>Creditors may attend, but are not required to do so.<br>All individual debtors must provide picture identification and proof of social security number to the trustee at the meeting of creditors. Failure to do so may result in your case being dismissed. | **June 21, 2018 at 10:00 AM**<br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br>**Clarkson S. Fisher Federal Courthouse, 402 East State Street, Room 129, Trenton, NJ 08608-1507** |
| 7. | **Deadlines**<br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br>You must file a complaint:<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under 11 U.S.C. § 1141(d)(3) or<br>• if you want to have a debt excepted from discharge under 11 U.S.C. § 523(a)(2), (4), or (6). | First date set for hearing on confirmation of plan. The court will send you a notice of that date later.<br><br>**Filing deadline for dischargeability complaints: 8/20/18** |
| | | **Deadline for filing proof of claim:**<br>A proof of claim is a signed statement describing a creditor's claim. A proof of claim form ("Official Form 410") may be obtained at www.uscourts.gov or any bankruptcy clerk's office. You may also contact the Clerk's Office where this case is pending to request that a Proof of Claim form be mailed to you. The Clerk's Office telephone number is included on the front of this Notice.<br><br>Your claim will be allowed in the amount scheduled unless:<br>• your claim is designated as *disputed*, *contingent*, or *unliquidated*;<br>• you file a proof of claim in a different amount; or<br>• you receive another notice.<br><br>If your claim is not scheduled or if your claim is designated as *disputed*, *contingent*, or *unliquidated*, you must file a proof of claim or you might not be paid on your claim and you might be unable to vote on a plan. You may file a proof of claim even if your claim is scheduled.<br><br>You may review the schedules at the bankruptcy clerk's office or online at www.pacer.gov.<br><br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits a creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | **9/19/18** |
| | | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing Deadline:**<br>30 days after the *conclusion* of the meeting of creditors |
| 8. | **Creditors with a foreign address** | If you are a creditor receiving mailed notice at a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| 9. | **Filing a Chapter 11 bankruptcy case** | Chapter 11 allows debtors to reorganize or liquidate according to a plan. A plan is not effective unless the court confirms it. You may receive a copy of the plan and a disclosure statement telling you about the plan, and you may have the opportunity to vote on the plan. You will receive notice of the date of the confirmation hearing, and you may object to confirmation of the plan and attend the confirmation hearing. Unless a trustee is serving, the debtor will remain in possession of the property and may continue to operate the debtor's business. | |
| 10. | **Discharge of debts** | Confirmation of a chapter 11 plan may result in a discharge of debts, which may include all or part of a debt. See 11 U.S.C. § 1141(d). However, unless the court orders otherwise, the debts will not be discharged until all payments under the plan are made. A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you believe that a particular debt owed to you should be excepted from the discharge under 11 U.S.C. § 523 (a)(2), (4), or (6), you must file a complaint and pay the filing fee in the bankruptcy clerk's office by the deadline. If you believe that the debtors are not entitled to a discharge of any of their debts under 11 U.S.C. § 1141 (d)(3), you must file a complaint and pay the filing fee in the clerk's office by the first date set for the hearing on confirmation of the plan. The court will send you another notice telling you of that date.<br><br>WRITING A LETTER TO THE COURT OR THE JUDGE IS NOT A SUBSTITUTE FOR FILING AN ADVERSARY COMPLAINT OBJECTING TO DISCHARGE OR DISCHARGEABILITY. IN NO CIRCUMSTANCE WILL WRITING A LETTER PROTECT YOUR RIGHTS. | |

Case 18-13604-MBK    Doc 27    Filed 05/18/18    Entered 05/19/18 00:41:36    Desc Imaged
Certificate of Notice    Page 3 of 5

| 11. Exempt property | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors, even if the case is converted to chapter 7. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 7. |
|---|---|

Official Form 309E (For Individuals or Joint Debtors)         Notice of Chapter 11 Bankruptcy Case         page 2

United States Bankruptcy Court
District of New Jersey

In re:
Jill D Kohn
    Debtor

Case No. 18-13604-MBK
Chapter 11

## CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 2              Date Rcvd: May 16, 2018
                              Form ID: 309E            Total Noticed: 23

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 18, 2018.
db             +Jill D Kohn,    1486 Ocean Avenue,    Sea Bright, NJ 07760-2236
517350548       Bayview Loan Servicing LLC,    PO Box 650091,    Dallas, TX 75265-0091
517350552       Citi,   PO Box 6243,    Sioux Falls, SD 57117-6243
517350558      +KML Law Group, PC,    216 Haddon Avenue,    Ste 406,    Westmont, NJ 08108-2812
517350557      +Kenneth M. Kohn,    295 Ocean Blvd.,    Unit 4,    Long Branch, NJ 07740-8210
517350560      +Remex, Inc.,    307 Wall Street,    Princeton, NJ 08540-1515
517350561      +Stark & Stark,    Attn: Timothy Duggan,    400 Witherspoon Street,    Princeton, NJ 08542-3400
517350562       TD Auto Finance,    PO Box 16039,    Lewiston, ME 04243-9520

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty             E-mail/Text: dpintolaw@comcast.net May 16 2018 23:44:30       Darin D Pinto,
                 Law Offices of Darin D. Pinto, P.C.,    376 South Avenue East,    Westfield, NJ   07090
smg             EDI: IRS.COM May 17 2018 03:18:00      Dist Dir of IRS,    Insolvency Function,    PO Box 724,
                 Springfield, NJ   07081-0724
smg             E-mail/Text: usanj.njbankr@usdoj.gov May 16 2018 23:45:41       U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ   07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov May 16 2018 23:45:35       United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ   07102-5235
517350547       EDI: BANKAMER.COM May 17 2018 03:18:00       Bank of America,    PO Box 31785,
                 Tampa, FL 33631-3785
517350549      +EDI: CAPITALONE.COM May 17 2018 03:18:00       CAP1/NEIMN,   PO Box 30253,
                 Salt Lake City, UT 84130-0253
517350550      +EDI: CAPITALONE.COM May 17 2018 03:18:00       CAP1/SAKS,   PO Box 30253,
                 Salt Lake City, UT 84130-0253
517350551      +EDI: CHASE.COM May 17 2018 03:18:00      Chase Card,    PO Box 15298,    Wilmington, DE 19850-5298
517350553      +EDI: WFNNB.COM May 17 2018 03:18:00      Comenity Bank/AnnTylr,    PO Box 182789,
                 Columbus, OH 43218-2789
517350554      +EDI: WFNNB.COM May 17 2018 03:18:00      Comenity Bank/HSN,    PO Box 659707,
                 San Antonio, TX 78265-9707
517350555      +EDI: WFNNB.COM May 17 2018 03:18:00      Comenity Bank/Victorias Secret,    PO Box 182789,
                 Columbus, OH 43218-2789
517350556       EDI: DISCOVER.COM May 17 2018 03:18:00       Discover Financial Services,    PO Box 15316,
                 Wilmington, DE 19850
517350559      +EDI: TSYS2.COM May 17 2018 03:18:00      MCYDSNB,    9111 Duke Blvd,    Mason, OH 45040-8999
517356811      +EDI: RMSC.COM May 17 2018 03:18:00      Synchrony Bank,    c/o of PRA Receivables Management, LLC,
                 PO Box 41021,    Norfolk, VA 23541-1021
517350563       EDI: TDBANKNORTH.COM May 17 2018 03:18:00       TD Bank NA,   PO Box 84037,    Columbus, GA 31908
                                                                                              TOTAL: 15

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: May 18, 2018                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 16, 2018 at the address(es) listed below:
              Darin D Pinto    on behalf of Debtor Jill D Kohn dpintolaw@comcast.net
              Denise E. Carlon    on behalf of Loss Mitigation    Bayview Loan Servicing, LLC
               dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              Kevin Gordon McDonald    on behalf of Creditor    Wells Fargo Bank, N.A., as Indenture Trustee for
               the Impac CMB Trust Series 2004-6 kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com
              Lauren Bielskie    on behalf of U.S. Trustee    U.S. Trustee lauren.bielskie@usdoj.gov

```
District/off: 0312-3            User: admin                 Page 2 of 2              Date Rcvd: May 16, 2018
                                Form ID: 309E               Total Noticed: 23
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
      Nicholas V. Rogers    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK,
       AS TRUSTEE (CWALT 2006-30T1) nj.bkecf@fedphe.com
      U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                      TOTAL: 6