UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

IN THE MATTER OF:

**Jill D. Kohn**

: Case No. **18-13604**

:
Chapter 11

NOTICE OF STATUS CONFERENCE

The court will hold a status conference on: **September 10, 2018** at 11:00 am
Courtroom # 8
US Bankruptcy Court
Federal Courthouse
402 E. State St.
Trenton NJ 08608

The purpose of the meeting will be to discuss case management issues.

The debtor is requested to notify all parties in interest who it anticipates will play a major role in this case including all secured creditors, creditors committee members and the United States Trustee. All parties interested in this case are requested to attend.

**ATTENDANCE IS REQUIRED**.

Thank you for your cooperation.

JEANNE NAUGHTON , CLERK
UNITED STATES BANKRUPTCY COURT

Copy served to: Attorney for Debtor and U.S. Trustee.

Wendy Romero
Deputy Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                              Case No. 18-13604-MBK
Jill D Kohn                                                         Chapter 11
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 1             Date Rcvd: Aug 16, 2018
                              Form ID: pdf900          Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 18, 2018.
db             +Jill D Kohn,    1486 Ocean Avenue,    Sea Bright, NJ 07760-2236
lm              Bayview Loan Servicing, LLC,    P.O. Box 650091,    Dallas, TX  75265-0091
cr             +THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YO,    Phelan Hallinan&Schmieg, PC,
                 400 Fellowship Road,    Suite 100,    Mt. Laurel, NJ 08054-3437

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 18, 2018                                      Signature:  /s/Joseph Speetjens

___

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 16, 2018 at the address(es) listed below:
              Darin D Pinto    on behalf of Debtor Jill D Kohn dpintolaw@comcast.net
              Denise E. Carlon    on behalf of Loss Mitigation    Bayview Loan Servicing, LLC
               dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              John W. Hargrave    on behalf of Trustee John W. Hargrave trustee@hargravelaw.com,
               jwh@trustesolutions.net
              Kevin Gordon McDonald    on behalf of Creditor    Wells Fargo Bank, N.A., as Indenture Trustee for
               the Impac CMB Trust Series 2004-6 kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com
              Lauren  Bielskie    on behalf of U.S. Trustee    U.S. Trustee lauren.bielskie@usdoj.gov
              Nicholas V. Rogers    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK,
               AS TRUSTEE (CWALT 2006-30T1) nj.bkecf@fedphe.com
              Sean M. O'Brien    on behalf of Creditor    Wells Fargo Bank, N.A., as Indenture Trustee for the
               Impac CMB Trust Series 2004-6 sobrien@flwlaw.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 8