Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 18–13604–MBK
Chapter: 11
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Jill D Kohn
   1486 Ocean Avenue
   Sea Bright, NJ 07760

Social Security No.:
   xxx–xx–6886

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 9/18/18.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: September 18, 2018
JAN: kmf

                                                Jeanne Naughton
                                                Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Jill D Kohn  
    Debtor

Case No. 18-13604-MBK  
Chapter 11

# CERTIFICATE OF NOTICE

District/off: 0312-3       User: admin      Page 1 of 2      Date Rcvd: Sep 18, 2018  
                                Form ID: 148      Total Noticed: 32

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 20, 2018.

```
db             +Jill D Kohn,   1486 Ocean Avenue,    Sea Bright, NJ 07760-2236
cr             +THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YO,    Phelan Hallinan&Schmieg, PC,
                 400 Fellowship Road,    Suite 100,    Mt. Laurel, NJ 08054-3437
517350548       Bayview Loan Servicing LLC,    PO Box 650091,    Dallas, TX 75265-0091
517350552       Citi,   PO Box 6243,    Sioux Falls, SD 57117-6243
517350558      +KML Law Group, PC,   216 Haddon Avenue,    Ste 406,    Westmont, NJ 08108-2812
517350557      +Kenneth M. Kohn,   295 Ocean Blvd.,    Unit 4,    Long Branch, NJ 07740-8210
517551330      +Ocean Villa Condo Association,   295 Ocean Blvd.,    Mailbox #7,   Long Branch, NJ 07740-8209
517350560      +Remex, Inc.,   307 Wall Street,    Princeton, NJ 08540-1515
517551331      +Sean O'Brien, Esq.,    Frenkel Lambert,    80 Main Street,    Suite 460,
                 West Orange, New Jersey 07052-5414
517551332       Select Portfolio Servicing,    PO Box 65277,    Salt Lake City, UT 84165-0277
517350561      +Stark & Stark,    Attn: Timothy Duggan,    400 Witherspoon Street,    Princeton, NJ 08542-3400
517350562       TD Auto Finance,    PO Box 16039,    Lewiston, ME 04243-9520
517539912      +The Bank Of New York Mellon,    c/o Aldridge Pite, LLP,    4375 Jutland Drive, Suite 200,
                 P.O. Box 17933,    San Diego, CA 92177-7921
517653620       Wells Fargo Bank, N.A., as Indenture Trustee for t,    Select Portfolio Servicing,    POB 65250,
                 Salt Lake City, UT  84165-0250
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg             EDI: IRS.COM Sep 19 2018 03:18:00      Dist Dir of IRS,    Insolvency Function,   PO Box 724,
                 Springfield, NJ  07081-0724
smg             E-mail/Text: usanj.njbankr@usdoj.gov Sep 18 2018 23:46:07      U.S. Attorney,   970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Sep 18 2018 23:46:06      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
517350547       EDI: BANKAMER.COM Sep 19 2018 03:18:00      Bank of America,    PO Box 31785,
                 Tampa, FL 33631-3785
517551329      +EDI: BANKAMER2.COM Sep 19 2018 03:18:00      Bank of America,    100 North Tyron Street,
                 Charlotte, NC 28255-0001
517350549      +EDI: CAPITALONE.COM Sep 19 2018 03:18:00      CAP1/NEIMN,    PO Box 30253,
                 Salt Lake City, UT 84130-0253
517350550      +EDI: CAPITALONE.COM Sep 19 2018 03:18:00      CAP1/SAKS,    PO Box 30253,
                 Salt Lake City, UT 84130-0253
517350551      +EDI: CHASE.COM Sep 19 2018 03:18:00      Chase Card,    PO Box 15298,    Wilmington, DE 19850-5298
517350553      +EDI: WFNNB.COM Sep 19 2018 03:18:00      Comenity Bank/AnnTylr,    PO Box 182789,
                 Columbus, OH 43218-2789
517350554      +EDI: WFNNB.COM Sep 19 2018 03:18:00      Comenity Bank/HSN,    PO Box 659707,
                 San Antonio, TX 78265-9707
517350555      +EDI: WFNNB.COM Sep 19 2018 03:18:00      Comenity Bank/Victorias Secret,    PO Box 182789,
                 Columbus, OH 43218-2789
517350556       EDI: DISCOVER.COM Sep 19 2018 03:18:00      Discover Financial Services,    PO Box 15316,
                 Wilmington, DE 19850
517544123       EDI: DISCOVER.COM Sep 19 2018 03:18:00      Discover Bank,    Discover Products Inc,
                 PO Box 3025,    New Albany, OH  43054-3025
517350559      +EDI: TSYS2.COM Sep 19 2018 03:18:00      MCYDSNB,    9111 Duke Blvd,    Mason, OH 45040-8999
517648192       EDI: Q3G.COM Sep 19 2018 03:18:00      Quantum3 Group LLC as agent for,    Comenity Capital Bank,
                 PO Box 788,    Kirkland, WA 98083-0788
517356811      +EDI: RMSC.COM Sep 19 2018 03:18:00      Synchrony Bank,    c/o of PRA Receivables Management, LLC,
                 PO Box 41021,    Norfolk, VA 23541-1021
517749368      +EDI: RMSC.COM Sep 19 2018 03:18:00      Synchrony Bank,    c/o PRA Receivables Management, LLC,
                 PO Box 41021,    Norfolk VA 23541-1021
517350563       EDI: TDBANKNORTH.COM Sep 19 2018 03:18:00      TD Bank NA,    PO Box 84037,    Columbus, GA 31908
                                                                                             TOTAL: 18
```

         ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****

```
lm*             Bayview Loan Servicing, LLC,    P.O. Box 650091,    Dallas, TX  75265-0091
517585413*     +Department of Treasury,    Internal Revenue Service,    P O Box 7346,
                 Philadelphia, PA 19101-7346
                                                                                       TOTALS: 0, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0312-3          User: admin              Page 2 of 2              Date Rcvd: Sep 18, 2018
                              Form ID: 148             Total Noticed: 32
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 20, 2018                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 18, 2018 at the address(es) listed below:
          Darin D Pinto    on behalf of Debtor Jill D Kohn dpintolaw@comcast.net
          Denise E. Carlon    on behalf of Loss Mitigation    Bayview Loan Servicing, LLC
           dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
          John W. Hargrave    on behalf of Trustee John W. Hargrave trustee@hargravelaw.com,
           jwh@trustesolutions.net
          Kevin Gordon McDonald    on behalf of Creditor    Wells Fargo Bank, N.A., as Indenture Trustee for
           the Impac CMB Trust Series 2004-6 kmcdonald@kmllawgroup.com,   bkgroup@kmllawgroup.com
          Lauren  Bielskie    on behalf of U.S. Trustee    U.S. Trustee lauren.bielskie@usdoj.gov
          Nicholas V. Rogers    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK,
           AS TRUSTEE (CWALT 2006-30T1) nj.bkecf@fedphe.com
          Sean M. O'Brien    on behalf of Creditor    Wells Fargo Bank, N.A., as Indenture Trustee for the
           Impac CMB Trust Series 2004-6 sobrien@flwlaw.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 8
```