**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Order Filed on September 18, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Jill D Kohn,

| | |
|---|---|
| Case No.: | 18-13604-MBK |
| Hearing Date: | |
| Judge: | MBK |
| Chapter: | 11 |

Recommended Local Form:    ☐ Followed    ☐ Modified

# ORDER OF DISMISSAL
FAILURE TO PROSECUTE

The relief set forth on the following page is hereby **ORDERED**.

**DATED: September 18, 2018**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

Upon the motion of _____THE COURT_____and for good cause shown, it is

ORDERED that this case is dismissed and any discharge that was granted is vacated. All outstanding fees to the Court are due and owing and must be paid within 5 days of the date of this Order.

Pursuant to Fed. R. Bankr. P. 2002(f), the Clerk shall notify all parties in interest of the entry of this order.

*Rev. 7/1/04; jml*

United States Bankruptcy Court
District of New Jersey

In re:  
Jill D Kohn  
      Debtor

Case No. 18-13604-MBK  
Chapter 11

## CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: Sep 18, 2018  
                        Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 20, 2018.  
db          +Jill D Kohn,    1486 Ocean Avenue,    Sea Bright, NJ 07760-2236

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                               TOTAL: 0

           ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 20, 2018                                           Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 18, 2018 at the address(es) listed below:  
           Darin D Pinto    on behalf of Debtor Jill D Kohn dpintolaw@comcast.net  
           Denise E. Carlon    on behalf of Loss Mitigation    Bayview Loan Servicing, LLC  
           dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com  
           John W. Hargrave    on behalf of Trustee John W. Hargrave trustee@hargravelaw.com,  
           jwh@trustesolutions.net  
           Kevin Gordon McDonald    on behalf of Creditor    Wells Fargo Bank, N.A., as Indenture Trustee for  
           the Impac CMB Trust Series 2004-6 kmcdonald@kmllawgroup.com,    bkgroup@kmllawgroup.com  
           Lauren Bielskie    on behalf of U.S. Trustee    U.S. Trustee lauren.bielskie@usdoj.gov  
           Nicholas V. Rogers    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK,  
           AS TRUSTEE (CWALT 2006-30T1) nj.bkecf@fedphe.com  
           Sean M. O'Brien    on behalf of Creditor    Wells Fargo Bank, N.A., as Indenture Trustee for the  
           Impac CMB Trust Series 2004-6 sobrien@flwlaw.com  
           U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
                                                                                                                        TOTAL: 8